Nicholas A Carlin (SBN 112532)
Conor H. Kennedy (SBN 281793)
**PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP**
39 Mesa Street, Suite 201
San Francisco, CA 94129
Tel: (415) 398-0900
Fax: (415) 398-0911
nac@phillaw.com
chk@phillaw.com

Attorney for Plaintiff Jonathan D. Rubin

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JONATHAN D. RUBIN, individually and on behalf of those similarly situation,<br><br>Plaintiffs,<br><br>v.<br><br>THE HONEST COMPANY, INC.,<br><br>Defendant. | Case No:   3:15-cv-04036-EDL<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER CHANGING BRIEFING SCHEDULE**<br>AS MODIFIED<br>Complaint Filed:  September 3, 2015<br>Trial Date:           Not Set |

**Order Changing Briefing Schedule on MTD  - 3:15-cv-04036-EDL**

| | |
|---|---|
| 1 | Having reviewed and considered the Stipulated Request for an Order Changing the |
| 2 | Briefing Schedule by and between Plaintiff Jonathan D. Rubin and Defendant The Honest |
| 3 | Company, Inc. for Plaintiff's motion to dismiss the Complaint under Federal Rule 9(b) and Rule |
| 4 | 12(b)(6), and the accompanying declaration of Nicholas A. Carlin in support thereof, and for |
| 5 | good cause shown, the Court **GRANTS** the Motion and orders as follows: |
| 6 | Plaintiff's deadline to oppose Honest's Motion to Dismiss shall be extended to and |
| 7 | inclusive of Thursday, December 10, 2015. |
| 8 | Defendant's deadline to file a reply in support of Honest's Motion to Dismiss shall be |
| 9 | extended to and inclusive of Tuesday, January 19, 2016. |
| 10 | The hearing on Honest's Motion to Dismiss shall be continued to Tuesday, February ~~2~~ 9, |
| 11 | 2016. |
| 12 | **IT IS SO ORDERED.** |
| 13 | |
| 14 | Dated: November 16, 2015 |
| 15 | *Hon. Elizabeth D. Laporte* |
| | United States Magistrate Judge |